United States District Court
Southern District of Texas
**ENTERED**
January 27, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JABCO OZ Fund, LLC, | z§ | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. H-20-4267 |
| | § | |
| Faatuise Roberts, et al., | § | |
|     Defendants. | § | |

## **ORDER FOR CONFERERNCE**

A scheduling conference has been set for March 2, 2021, at 11:30 a.m. before Magistrate Judge Peter Bray by video conference.

After the parties confer as required by Rule 26(f), counsel shall prepare and file not less than 7 days before the conference a joint discovery/case management plan. All inquiries regarding this conference shall be directed to Jason Marchand, Case Manager for Magistrate Judge Peter Bray at 713-250-5148, or via email at Jason_Marchand@txs.uscourts.gov.

If all parties will consent to the jurisdiction of this magistrate judge for all purposes in this case pursuant to 28 U.S.C. § 636(c), they must file the attached consent form at least three days before the scheduled conference. Parties are free to withhold consent without adverse substantive consequences. Fed.R.Civ.P. 73(b).

Signed on January 27, 2021 at Houston, Texas.

                                                  _____
                                                  Peter Bray
                                          United States Magistrate Judge

| | | |
|---|---|---|
| **UNITED STATES DISTRICT COURT** | | **SOUTHERN DISTRICT OF TEXAS** |

|  | § § § § § § § § § § | CIVIL ACTION NUMBER: _____ |
|---|---|---|
| *versus* | | |

# CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

     All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c) .

_____    _____

_____    _____

# ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

_____    _____
   Date                                        United States District Judge

SDTX (consent mag) 7/13/98

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# NOTICE OF THE RIGHT TO TRY
# A CIVIL CASE BEFORE A MAGISTRATE JUDGE

With the consent of all parties, a United States Magistrate Judge may preside in a civil case, including jury trial and final judgment.

The choice of trial before a magistrate judge is entirely yours. Tell only the clerk. Neither the judge or magistrate judge will be told until all the parties agree.

The district judge to whom your case is assigned must approve the referral to a magistrate judge.

You may get consent forms from the clerk.

Clerk of Court