United States District Court
Southern District of Texas
**ENTERED**
March 01, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JABCO Oz Fund, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-20-4267 |
| | § | |
| Faatuise Roberts, et al., | § | |
| Defendants. | § | |

## ORDER

Defendants' Motion to Continue (Dkt. 9) is granted.   The Initial Conference

is reset to April 9, 2021, at 10:00 a.m.  The conference will be conducted by Zoom.


Signed at Houston, Texas, on March 1, 2021.


_____
Peter Bray
United States Magistrate Judge